IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH GERMINO,

    Petitioner,                    No. CIV S-08-3010 DAD P

    vs.

JOHN MARSHALL,

    Respondent.             ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

       Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

       Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's amended habeas petition.

       Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d

1

453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (Docket No. 2 ), is granted;

2. Respondent is directed to file a response to petitioner's amended habeas petition (Docket No. 5) within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the amended petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the amended habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the amended habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter;

5. Petitioner's December 11, 2008 motion for the appointment of counsel (Docket No. 3) is denied without prejudice; and

6. The Clerk of the Court shall serve a copy of this order, a copy of the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket No. 5), and the court's

/////
/////
/////
/////

1  form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant
2  Attorney General.
3  DATED: December 30, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   germ3010.100+