1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH GERMINO,

11           Petitioner,                    No. CIV S-08-3010 JAM DAD P

12       vs.

13   JOHN MARSHALL,

14           Respondent.                    ORDER

15   _____/

16           Respondent has requested a thirty-day extension of time to file an answer to the

17   petition for writ of habeas corpus pursuant to the court's order of December 31, 2008.  Good

18   cause appearing, IT IS HEREBY ORDERED that:

19           1.  Respondent's February 26, 2009 request for an extension of time (Doc. No. 12)

20   is granted; and

21           2.  Respondent shall file his answer on or before April 1, 2009.  Petitioner's

22   traverse shall be filed thirty days thereafter.

23   DATED: March 2, 2009.

24

25                                          _____

                                            DALE A. DROZD
26   DAD:4                                   UNITED STATES MAGISTRATE JUDGE
     ger3010.111