IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH GERMINO,

    Petitioner,                    No. CIV S-08-3010 JAM DAD P

    vs.

JOHN MARSHALL,

    Respondent.              ORDER

_____/

        On June 22, 2009, petitioner filed a document styled, "Application For Leave To File Oversized Brief," and on the same date, petitioner filed his 60-page traverse. The court will grant petitioner's application and petitioner's habeas petition is now submitted.

        Accordingly, IT IS HEREBY ORDERED that petitioner's June 22, 2009 application for leave to file oversized brief (Doc. No. 19) is granted.

DATED: July 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ger3010.ord19